THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JAMES M. BYRD, Appellant.

(Submitted June 1, 1920; decided June 8, 1920.)

Motion for re-argument denied.   (See 228 N. Y. 587.)